# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DAVID C. MYERS,**
    Plaintiff,

    v.                             Case No. 10-CV-01126

**EDWARD WALL,**
**WISCONSIN DEPARTMENT OF CORRECTIONS, and**
**TRACY L. BURDICK,**
    Defendants.

## DECISION AND ORDER

Pursuant to the stipulation of the parties:

**IT IS ORDERED** that the terms of this order constitute the full agreement made between the parties concerning the claims made in this action.

**IT IS FURTHER ORDERED** that defendants shall provide plaintiff David C. Myers with The Golden Dawn Enochian Skrying Tarot cards and companion book by Bill and Judi Genaw and Chic and S. Tabatha Cicero. Plaintiff will be permitted to use and possess The Golden Dawn Enochian Skrying Tarot cards and companion book consistent with DOC's religious policies and procedures for other approved tarot cards and all other DOC rules, policies, and procedures governing the property and conduct of inmates.

**IT IS FURTHER ORDERED** that defendants shall reimburse plaintiff for his costs in the amount of $640.00.

**IT IS FURTHER ORDERED** that defendants shall pay plaintiff's attorney fees and costs in the amount of $11,913.31.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forward to plaintiff's counsel the book and tarot cards referenced in Docket Number 77 that are available in paper format only.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 31st day of October, 2013.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge